**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BAMBANG MARIHOT, | No. 12-70343 |
| Petitioner, | Agency No. A095-629-752 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:     RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judge.

Bambang Marihot, a native and citizen of Indonesia, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse

of discretion the BIA's denial of a motion to reconsider.  *Mohammed v. Gonzales*,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

400 F.3d 785, 791-92 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Marihot's motion to reconsider as untimely because it was filed more than thirty days after the final agency decision. *See* 8 C.F.R. § 1003.2(b)(2). Accordingly, the BIA did not err in refusing to reconsider the prior adverse credibility determination.

We lack jurisdiction to review the BIA's discretionary decision to not reopen removal proceedings sua sponte. *See Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011).

We also lack jurisdiction to review Marihot's unexhausted contention that there is a pattern or practice of persecution of Christians in Indonesia. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004)

Marihot's motion for judicial notice is denied. *See Fisher v. INS*, 79 F.3d 955, 963 (9th Cir. 1996) (en banc).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**